No. 91–7580. GRAHAM *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 506 U. S. 461. Motion of respondent to strike petition for rehearing denied. Petition for rehearing denied.

## MARCH 3, 1993

No. A–654. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* BREWER, AS NEXT FRIEND OF BREWER. Application to vacate the stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the order staying the execution entered by Judge Norris of the United States Court of Appeals for the Ninth Circuit on March 2, 1993, is vacated. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the application.

## MARCH 4, 1993

No. 92–7815 (A–652). SAWYER *v.* WHITLEY, WARDEN. 24th Jud. Dist. Ct. La., Jefferson Parish. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE SOUTER would grant the application for stay.

## MARCH 8, 1993

No. 92–358. KENTUCKY CABINET FOR HUMAN RESOURCES ET AL. *v.* MADRY. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 92–812. PETROL MARINE CORP. *v.* PARFAIT. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.